KENT SHERMAN CRUMP
REG. NO. 10331-509
FCI FLORENCE
FEDERAL CORR. INSTITUTION
P.O. BOX 6000
FLORENCE, CO 81226

July 20, 2021

Mr. D. Mark Jones
Clerk of Court
U. S. District Court
District of Utah
Central Division
351 S West Temple, Room 1.100
Salt Lake City, UT 84101

    RE:   *Crump v. United States*
           Crim No. 2:20-cr-00325-DBB-1

Dear Mr. Gould:

Enclosed please find and accept for filing Movant's Motion for Compassionate Release/Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. Please submit this document to the Court.

Thank you for your assistance in this matter.

                                       Sincerely,

                                       */s/ Kent S Crump*
                                       KENT SHERMAN CRUMP
                                       Appearing *Pro Se*

*Encl. as noted*