# EXHIBIT E

**SEALED** - Victim Statements